

# Fourth Court of Appeals
## San Antonio, Texas

January 8, 2014

No. 04-13-00545-CV

### IN RE RYDER INTEGRATED LOGISTICS, INC.
and Ryder Integrated Logistics of Texas, LLC

Original Mandamus Proceeding[1]

### ORDER

Sitting:       Catherine Stone, Chief Justice
                  Karen Angelini, Justice
                  Marialyn Barnard, Justice

Relators filed this petition for writ of mandamus on August 12, 2013. On September 27, 2013, the real parties in interest filed a motion to dismiss, or alternatively to abate, the original mandamus proceeding while the parties considered whether to seek further review of an interlocutory appeal in the Texas Supreme Court. This court granted a temporary abatement on October 4, and ordered relators to provide a status report no later than December 6, 2013.

Relators have advised that a petition for review is currently pending in the Texas Supreme Court and, accordingly, the automatic stay of all proceedings in the trial court will remain in effect while that proceeding is pending. TEX CIV. PRAC. & REM. CODE ANN. §51.014(b) (West Supp. 2012). This original mandamus proceeding is, therefore, DISMISSED WITHOUT PREJUDICE to refiling upon resumption of the underlying proceeding in the trial court. This court's opinion will issue at a later date.

It is so **ORDERED** on January 8th, 2014.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8 day of January, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2010-CI-03779, styled *Denise Molina and George Duzane, Co-conservators of Rafael "Ralph" Molina and Rafael "Ralph" Molina v. Ryder Integrated Logistics, Inc. et al.*, pending in the 166th Judicial District Court, Bexar County, Texas, the Honorable John D. Gabriel, Jr. presiding.